1  DUANE MORRIS LLP
   Karineh Khachatourian (CA SBN 202634)
2  kkhachatourian@duanemorris.com
   Daniel T. McCloskey (CA SBN 191944)
3  dtmccloskey@duanemorris.com
   2475 Hanover Street
4  Palo Alto, CA 94304-1194
   Telephone: 650.847.4150
5  Facsimile: 650.847.4151

6  Attorneys for Defendant,
   BARRACUDA NETWORKS, INC.
7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11 OPTRICS INC.,                                    Case No.: 3:17-cv-04977-RS

12            Plaintiff,                            **STIPULATION AND [PROPOSED]
                                                    ORDER TO EXTEND TIME TO FILE**
13     v.                                          **AMENDED COMPLAINT AND
                                                    RESPONSE AND TO CONTINUE CMC**
14 BARRACUDA NETWORKS, INC., a Delaware
   Corporation, and DOES 1 through 10, inclusive,
15
            Defendant.
16

17

18        Pursuant to Civil L.R. 6-1(b), Defendant Barracuda Networks, Inc. ("Defendant") and

19 Plaintiff Optrics Inc. ("Plaintiff"), by and through their undersigned attorneys, hereby state and

20 stipulate, subject to Court approval, as follows:

21        WHEREAS, on November 20, 2017, this Court entered an order granting in part and denying

22 in part Defendant's Motion to Dismiss (*see* D.I. 27, the "Order");

23        WHEREAS, under the Order, Plaintiff's deadline to file an amended Complaint is December

24 20, 2017, and, under Federal Rule of Civil Procedure 15(a)(3), Defendant's response to the amended

25 Complaint would currently be due January 3, 2018;

26        WHEREAS, due to the December holidays, Defendant's operations will be shut down for

27 part of the period after the amended complaint is filed and critical in-house individuals at Defendant

28

1   and its outside counsel, whom are necessary for evaluating, preparing and reviewing its response to

2   Plaintiff's forthcoming amended complaint will be out of the office;

3        WHEREAS, the parties have met and conferred and are agreeable to extending the time for

4   Plaintiff to file its amended complaint until after the holidays to avoid Defendant's unavailability

5   during the holiday period, such that Plaintiff's amended complaint would be due January 3, 2018,

6   and Defendant's response would be due on January 17, 2018;

7        WHEREAS, on December 1, 2017, Plaintiff filed a Motion for Relief from an Order, or in

8   the Alternative, A Motion Requesting Leave to File a Motion for Reconsideration with respect to

9   elements of the Order (*see* D.I. 30), which, is scheduled to be heard on January 11, 2018 (the

10  "Motion");

11       WHEREAS, there is a case management conference scheduled for January 25, 2018, at 10:00

12  a.m.;

13       WHEREAS, the parties have met and conferred and are agreeable to extending the time for

14  Plaintiff to file its amended complaint until after the holidays to avoid Defendant's unavailability

15  during the holiday period and to account for the impact of the resolution of the pending Motion on

16  Plaintiff's amended complaint, and the adjust the schedule such that Plaintiff's amended complaint

17  would be due within 30 days after the Court's ruling on the Motion, and Defendant's response would

18  be due 30 days after the filing of an amended complaint, and that the case management conference

19  would be continued by 60 days to March 22, 2018, at 10:00 a.m., subject to the Court's convenience;

20       WHEREAS, there have been no previous time modifications in this case, and there is no trial

21  date or case schedule in place so that the proposed modification herein will not materially impact the

22  case schedule;

23       NOW THEREFORE, IT IS STIPULATED AND AGREED, subject to this Court's

24  approval, that:

25       1.      Plaintiff's time to file an amended complaint is extended to 30 days after the Court's

26  ruling on Plaintiff's Motion for Relief from an Order, or in the Alternative, A Motion Requesting

27  Leave to File a Motion for Reconsideration;

28       2.      Defendant's response to Plaintiff's amended complaint is due 30 days after Plaintiff

1   files an amended complaint; and,

2       3.     The Case Management Conference, currently scheduled for January 25, 2018, at

3   10:00 a.m., is continued to March 22, 2018, at 10:00 a.m.

4       IT IS SO STIPULATED

5                                   DUANE MORRIS LLP

6   Dated: December _5_, 2017       By:   */s/ Karineh Khachatourian*

7                                   Karineh Khachatourian
                                  Daniel T. McCloskey

8                                   Attorneys for Defendant,
9                                   BARRACUDA NETWORKS, INC.

10                                   LAW OFFICES OF HERBERT L.
11   Dated: December **5**, 2017       By:         TERRERI PC

12                                   Herbert L. Terreri
                                  Grace Neibaron
13
14                                   Attorneys for Plaintiff,
                                  OPTRICS INC.

15
16                            **ATTESTATION**

17       Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that

18   the concurrence in the filing of this document has been obtained from its signatories.

19
20                                     DUANE MORRIS LLP

21   Dated: December _5_, 2017       By:   */s/ Karineh Khachatourian*
                                  Karineh Khachatourian
22                                   Daniel T. McCloskey

23                                   Attorneys for Defendant,
                                  BARRACUDA NETWORKS, INC.

24
25
26                                   **ORDER**

27       Having read and considered the foregoing Stipulation of the parties submitted herewith and

28   for good cause shown,

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 12/5/17

Hon. Richard Seeborg
UNITED STATES DISTRICT JUDGE