DUANE MORRIS LLP
Karineh Khachatourian (CA SBN 202634)
kkhachatourian@duanemorris.com
Daniel T. McCloskey (CA SBN 191944)
dtmccloskey@duanemorris.com
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: 650.847.4150
Facsimile: 650.847.4151

Attorneys for Defendant,
BARRACUDA NETWORKS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| OPTRICS INC., <br><br> Plaintiff, <br><br> v. <br><br> BARRACUDA NETWORKS, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No. 17-cv-04977-RS <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC AND CASE DEADLINES PENDING RESOLUTION OF MOTION TO DISMISS** |

Pursuant to Civil L.R. 6-1(b), Defendant Barracuda Networks, Inc. ("Defendant") and Plaintiff Optrics Inc. ("Plaintiff"), by and through their undersigned attorneys, hereby state and stipulate, subject to Court approval, as follows:

WHEREAS, on April 26, 2018, following this Court's order granting in part and denying in part Defendant's motion to dismiss and/or strike, Plaintiff filed its Second Amended Complaint ("SAC," *see* D.I. 51);

WHEREAS, on May 4, 2018, this Court granted the parties' stipulation and rescheduled the Case Management Conference in this case for July 19, 2018, at 10:00 a.m. (*see* D.I. 53);

WHEREAS, on May 17, 2018, Defendant filed a Motion to Dismiss Counts I and II in the SAC (*see* D.I. 55) and the motion is now fully briefed;

1    WHEREAS, on June 21, 2018, the Court took the Motion to Dismiss under submission for
2 ruling without oral argument and vacated the oral hearing date (*see* D.I. 59);
3    WHEREAS, the parties have met and conferred and agree that in view of Defendant's
4 Motion to Dismiss, the parties differ on the scope of the claims and issues in the case and that the
5 parties' efforts to further meet and confer regarding a discovery plan, and to attend and conduct a
6 meaningful Case Management Conference, would be significantly more productive after the Motion
7 to Dismiss is resolved;
8    WHEREAS, the parties have met and conferred and are agreeable to continuing the Case
9 Management Conference to dates that are convenient to the Court after the Motion to Dismiss has
10 been resolved, and to extending the associated case management deadlines until after the Motion to
11 Dismiss is resolved;
12    WHEREAS, the Court previously granted the parties' stipulations to extend the time for
13 Plaintiff to file an amended complaint and continuing the then scheduled case management
14 conferences in view of pleading motion practice on prior versions of Plaintiff's claims in this case
15 (*see* D.I. 33, 43-45, 53);
16    WHEREAS, there is no trial date or case schedule in place so that the proposed modification
17 herein will not materially impact the case schedule;
18    NOW THEREFORE, IT IS STIPULATED AND AGREED, subject to this Court's
19 approval, that the Case Management Conference, currently scheduled for July 19, 2018, at 10:00
20 a.m., is continued to <u>August 30, 2018, at 10:00 a.m.</u>, or another date at the Court's convenience, and
21 the associated case management deadlines are extended commensurate with the new Case
22 Management Conference date.
23    IT IS SO STIPULATED

                                            DUANE MORRIS LLP

25 Dated: July 5, 2018          By:   */s/ Daniel T. McCloskey*
                                      Karineh Khachatourian
26                                    Daniel T. McCloskey

27                                    Attorneys for Defendant,
                                      BARRACUDA NETWORKS, INC.
28

|   |   |
|---|---|
| Dated: July 5, 2018 | LAW OFFICES OF HERBERT L. TERRERI PC<br><br>By: /s/ Herbert L. Terreri<br>Herbert L. Terreri<br>Grace Neibaron<br><br>Attorneys for Plaintiff,<br>OPTRICS INC. |

### ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

|   |   |
|---|---|
| Dated: July 5, 2018 | DUANE MORRIS LLP<br><br>By: /s/ Daniel T. McCloskey<br>Karineh Khachatourian<br>Daniel T. McCloskey<br><br>Attorneys for Defendant,<br>BARRACUDA NETWORKS, INC. |

### ORDER

Having read and considered the foregoing Stipulation of the parties submitted herewith and for good cause shown,

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/5/18

_____
Hon. Richard Seeborg
UNITED STATES DISTRICT JUDGE