```
 1  DUANE MORRIS LLP
    Karineh Khachatourian (CA SBN 202634)
 2  kkhachatourian@duanemorris.com
    Daniel T. McCloskey (CA SBN 191944)
 3  dtmccloskey@duanemorris.com
    2475 Hanover Street
 4  Palo Alto, CA 94304-1194
    Telephone: 650.847.4150
 5  Facsimile: 650.847.4151

 6  Attorneys for Defendant,
    BARRACUDA NETWORKS, INC.
 7
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| OPTRICS INC., | Case No. 3:17-cv-04977-RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC FILING DEADLINES** |
| v. | |
| BARRACUDA NETWORKS, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, | |
| Defendant. | |

Pursuant to Civil L.R. 6-1(b), Defendant Barracuda Networks, Inc. ("Defendant") and Plaintiff Optrics Inc. ("Plaintiff"), by and through their undersigned attorneys, hereby state and stipulate, subject to Court approval, as follows:

**WHEREAS**, the next case management conference in these matters is currently on calendar for August 30, at 10 a.m.;

**WHEREAS**, the parties' current deadline to file joint case management statements and related papers, is August 23, 2018;

**WHEREAS**, the parties have discussed and agree that their conference of counsel and preparation of the case management statements and related papers would benefit from additional time;

**NOW THEREFORE**, for good cause, all parties stipulate as follows:

The joint case management statements and related papers shall be filed August 27, 2018.

IT IS SO STIPULATED

DUANE MORRIS LLP

Dated: August 23, 2018         By: /s/ Karineh Khachatourian
                                   Karineh Khachatourian
                                   Daniel T. McCloskey

                                   Attorneys for Defendant,
                                   BARRACUDA NETWORKS, INC.

LAW OFFICES OF HERBERT L. TERRERI PC

Dated: August 23, 2018         By: /s/ Herbert L. Terreri
                                   Herbert L. Terreri
                                   Grace Neibaron

                                   Attorneys for Plaintiff,
                                   OPTRICS INC.

## ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DUANE MORRIS LLP

Dated: August 23, 2018         By: /s/ Karineh Khachatourian
                                   Karineh Khachatourian
                                   Daniel T. McCloskey

                                   Attorneys for Defendant,
                                   BARRACUDA NETWORKS, INC.

## ORDER

Having read and considered the foregoing Stipulation of the parties submitted herewith and for good cause shown,

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/23/18

_____
Hon. Richard Seeborg
UNITED STATES DISTRICT JUDGE