1  RIMON, P.C.
   Karineh Khachatourian (SBN 202634)
2  karineh.khachatourian@rimonlaw.com
   Phillip K. Wang (SBN 186712)
3  phillip.wang@rimonlaw.com
   Nikolaus A. Woloszczuk (SBN 286633)
4  nikolaus.woloszczuk@rimonlaw.com
   2479 E. Bayshore Road, Suite 210
5  Palo Alto, CA  94303
   Telephone: (650) 461-4433
6  Facsimile: (650) 461-4433

7  Attorneys for Defendant,
   BARRACUDA NETWORKS, INC.

8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| OPTRICS INC., | Case No. 17-cv-04977-RS |
| Plaintiff, | **STIPULATION AND AMENDED SCHEDULING ORDER** |
| v. | |
| BARRACUDA NETWORKS, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, | |
| Defendant. | |

Pursuant to Civil Local Rule 7-12, Plaintiff Optrics Inc. ("Optrics" or "Plaintiff") and Defendant Barracuda Networks, Inc. ("Barracuda" or "Defendant") (collectively "Parties"), by and through their undersigned counsel, hereby state and stipulate as follows (the "Stipulation"):

WHEREAS, Herbert L Terreri, Plaintiff's counsel will be on vacation for the entire month of September 2019.

WHEREAS, there have been no other scheduling modifications since the Court entered the Case Management Scheduling Order on August 30, 2018 (D.I. 72) and modified the schedule through trial on June 1, 2020;

WHEREAS, the Parties believe there may be a typographical error involving the deadline for opening expert reports in the case schedule;

WHEREAS, the Parties agree that an extension of certain deadlines for non-expert discovery and exchange of expert reports is needed and have now further agreed to the proposed modified expert discovery dates for the exchange of opening and rebuttal reports as set forth below;

WHEREAS, the requested extensions will change the Court's previous scheduling order only as to the deadlines for the completion of non-expert discovery and for the exchange of expert reports;

NOW, THEREFORE, the Parties hereby jointly request the modified schedule as set forth below.

**Revised Schedule**

| Description | Current Date from Court's Scheduling Order | Parties' Proposed Date |
|---|---|---|
| Completion of Non-Expert Discovery | 11/1/2019 | 12/1/2019 |
| Designation of Experts and Opening/Affirmative Expert Reports | 9/3/2019 | 12/3/2019 |

1

| | | |
|---|---|---|
| Designation of Rebuttal Experts and Rebuttal Expert Reports | 11/22/2019 | 1/24/2020 |
| Completion of Expert Discovery | 11/27/2019 | 1/31/2020 |
| Further Case Management Conference | 12/5/2019 | 12/5/2019 (Unchanged) |
| Dispositive Motion Hearing | 4/2/2020 or at the Court's convenience | 4/2/2020 (Unchanged) |
| Final Pretrial Conference | 5/20/2020 | 5/20/2020 (Unchanged) |
| Trial | 6/1/2020 | 6/1/2020 (Unchanged) |

IT IS STIPULATED AND AGREED, by and between Plaintiff and Defendant, by and through their respective undersigned attorneys, as to the above.

Respectfully submitted,

LAW OFFICES OF HERBERT L. TERRERI, APC

Dated: August 2, 2019    By:    */s/ Herbert L. Terreri*

Herbert L. Terreri
Grace Neibaron

Attorneys for Plaintiff,
OPTRICS INC.

RIMON, P.C.

Dated: August 2, 2019    By:    */s/ Karineh Khachatourian*

Karineh Khachatourian
Phillip K. Wang
Nikolaus A. Woloszczuk

Attorneys for Defendant,
BARRACUDA NETWORKS, INC.

# **ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the Court orders that

1. On or before December 1, 2019, all non-expert discovery shall be completed by the Parties.

2. The disclosure and discovery of expert witnesses shall proceed as follows:

    a. On or before December 3, 2019, the Parties shall designate experts and submit opening/affirmative expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

    b. On or before January 24, 2020, the Parties shall designate their rebuttal experts and submit rebuttal expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

    c. On or before January 31, 2020, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 7, 2019      By: _____
                                The Honorable Richard Seeborg