UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OPTRICS INC,

    Plaintiff,

v.

BARRACUDA NETWORKS INC,

    Defendant.

Case No. 17-cv-04977 RS (TSH)

**DISCOVERY ORDER**

Re: Dkt. Nos. 124, 126

Non-party Thoma Bravo has filed a letter brief moving to quash Optrics' deposition subpoena, and Optrics has filed an opposition. ECF Nos. 124, 126. It is evident from the filings that Thoma Bravo and Optrics have not adequately met and conferred. Many of the disputes at issue here, such witness fees, adequacy of service, the date and location of the deposition, what is the right legal entity to serve, and the breadth of the subpoena can commonly be resolved or at least narrowed before asking for Court intervention. There is no indication the parties made a serious attempt to do that. Accordingly, the Court **ORDERS** as follows:

1. Counsel for Thoma Bravo and Optrics shall meet and confer in person at the federal courthouse at 450 Golden Gate Avenue in San Francisco on October 25, 2019. They shall arrive in courtroom A on the 15th floor by 9:00 a.m., and the Courtroom Deputy will bring them to a conference room where they shall conduct the meet and confer.

2. If this meet and confer does not resolve the disputes over this deposition subpoena, the parties shall file a joint discovery letter brief describing the remaining disputes by noon on October 28, 2019.

**IT IS SO ORDERED.**

Dated: **October 23, 2019**

_____
THOMAS S. HIXSON
United States Magistrate Judge