UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OPTRICS INC,

        Plaintiff,

    v.

BARRACUDA NETWORKS INC,

        Defendant.

Case No. 17-cv-04977-RS (TSH)

**ORDER TO DAVID FAUGNO**

Re: Dkt. No. 162

Optrics has moved to compel non-party David Faugno, Barracuda's former CFO, to attend a deposition and pay monetary sanctions. ECF No. 162. The Court orders Mr. Faugno to file a response within 10 days. The Court orders Optrics and Barracuda to each serve Mr. Faugno with a copy of this order immediately and to file a proof of service showing that they have done so.

**IT IS SO ORDERED.**

Dated: January 14, 2020

THOMAS S. HIXSON
United States Magistrate Judge