1  RIMON, P.C.
   Karineh Khachatourian (SBN 202634)
2  karineh.khachatourian@rimonlaw.com
   Phillip K. Wang (SBN 186712)
3  phillip.wang@rimonlaw.com
4  Nikolaus A. Woloszczuk (SBN 286633)
   nikolaus.woloszczuk@rimonlaw.com
5  2479 E. Bayshore Road, Suite 210
   Palo Alto, CA  94303
6  Telephone: (650) 461-4433
7  Facsimile: (650) 461-4433

8  Attorneys for Defendant,
   BARRACUDA NETWORKS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OPTRICS INC., <br><br>  Plaintiff, <br><br> v. <br><br> BARRACUDA NETWORKS, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, <br><br>  Defendant. | Case No. 17-cv-04977-RS <br><br> **STIPULATION AND AMENDED SCHEDULING ORDER AS MODIFIED BY THE COURT** |

Pursuant to Civil Local Rule 7-12, Plaintiff Optrics Inc. ("Optrics" or "Plaintiff") and Defendant Barracuda Networks, Inc. ("Barracuda" or "Defendant") (collectively "Parties"), by and through their undersigned counsel, hereby state and stipulate as follows (the "Stipulation"):

WHEREAS, there have been three scheduling modifications since the Court entered the Case Management Scheduling Order on August 30, 2018 (D.I. 72);

WHEREAS, on January 6, 2020, (D.I. 167), the Court issued its Order Granting Motion to Modify Scheduling Order ("Scheduling Order") as to the deadlines for the completion of non-expert discovery, the designation and exchange of expert reports, the completion of expert discovery, the dispositive motion hearing deadline, the pretrial conference, and trial;

WHEREAS, under the Scheduling Order, Optrics is required to designate its expert(s) and serve its opening/affirmative expert report(s) by March 31;

WHEREAS, under the Scheduling Order, Barracuda is required to designate its rebuttal expert(s) and serve its rebuttal expert report(s) by April 20;

WHEREAS, after entry of the Scheduling Order, Barracuda learned for the first time on January 14, 2020 that its expert witness has a long-planned, pre-paid personal trip out of the country from March 28 to April 12;

WHEREAS, Barracuda's expert will be unavailable to work on this matter when Optrics serves its opening/affirmative expert report on March 31, and will not be available until April 13 at the earliest to review and analyze the opening/affirmative expert report and to prepare a rebuttal expert report that is due on April 20;

NOW, THEREFORE, the Parties hereby jointly request the modified schedule as set forth below:

**Proposed Revised Schedule**

| Description | Current Date from Court's Scheduling Order | Parties' Proposed Date |
|---|---|---|
| Completion of Non-Expert Discovery | 2/20/2020 | No change |
| Designation of Experts and Opening/Affirmative Expert | 3/31/2020 | 4/7/2020 |

1

| Reports | | |
|---|---|---|
| Designation of Rebuttal Experts and Rebuttal Expert Reports | 4/20/2020 | 5/20/2020 |
| Completion of Expert Discovery | 5/1/2020 | 6/1/2020 |
| Dispositive Motion Hearing | 7/16/2020 | 8/13/2020 |
| Final Pretrial Conference | 9/23/2020 | 10/21/2020 |
| Trial | 10/5/2020 | 11/2/2020 |

IT IS STIPULATED AND AGREED, by and between Plaintiff and Defendant, by and through their respective undersigned attorneys, as to the above.

Respectfully submitted,

LAW OFFICES OF HERBERT L. TERRERI, APC

Dated: January 21, 2020     By: */s/ Herbert L. Terreri*
Herbert L. Terreri
Grace Neibaron

Attorneys for Plaintiff,
OPTRICS INC.

RIMON, P.C.

Dated: January 21, 2020     By: */s/ Karineh Khachatourian*
Karineh Khachatourian
Phillip K. Wang
Nikolaus A. Woloszczuk

Attorneys for Defendant,
BARRACUDA NETWORKS, INC.

| | |
|---|---|
| 1 | **ORDER** [AS MODIFIED BY THE COURT] |
| 2 | Pursuant to the Parties' stipulation, and for good cause shown, the Court orders that |
| 3 | 1. The disclosure and discovery of expert witnesses shall proceed as follows: |
| 4-6 |     a. On or before April 7, 2020, the Parties shall designate experts and submit opening/affirmative expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2). |
| 7-9 |     b. On or before May 20, 2020, the Parties shall designate their rebuttal experts and submit rebuttal expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2). |
| 10-11 |     c. On or before June 1, 2020, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed. |
| 12 | 2. The Dispositive Motion Hearing will be set for August 13, 2020. |
| 13 | 3. The Final Pretrial Conference will be set for October 21, 2020 at 10:00 am. |
| 14 | 4. Jury Selection/Trial is set for November 2, 2020 at 9:00 am. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 21, 2020         By: /s/ Richard Seeborg
                                    The Honorable Richard Seeborg