| | |
|---|---|
| RIMON, P.C.<br>Karineh Khachatourian (SBN 202634)<br>karineh.khachatourian@rimonlaw.com<br>Phillip K. Wang (SBN 186712)<br>phillip.wang@rimonlaw.com<br>Nikolaus A. Woloszczuk (SBN 286633)<br>nikolaus.woloszczuk@rimonlaw.com<br>2479 E. Bayshore Road, Suite 210<br>Palo Alto, CA  94303<br>Telephone: (650) 461-4433<br>Facsimile: (650) 461-4433<br><br>Attorneys for Defendant,<br>BARRACUDA NETWORKS, INC. | KAO, LLP<br>Chris Kao (SBN 227086)<br>ckao@kaollp.com<br>Andrew Hamill (SBN 25116)<br>ahamill@kaollp.com<br>201 Mission Street, Suite 1930<br>San Francisco, California 94105<br>Tel. 415.539.0996<br>Fax. 866.267.0243<br><br>Attorneys for Plaintiff,<br>OPTRICS INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OPTRICS INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>BARRACUDA NETWORKS, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No. 17-cv-04977-RS-TSH<br><br>**STIPULATION AND ORDER ENTERING STAY OF CASE PENDING SETTLEMENT EXCEPT ECF NO. 234** |

Plaintiff Optrics Inc. ("Optrics" or "Plaintiff" or "Counter-claim Defendant"), Optrics' related entities OPTRICS, INC., 891014 AB LTD., OPTRICS (A PARTNERSHIP), MATRIX CAPITAL CORP., ZINTRICS, INC., STURBY TECHNICAL SERVICES, INC., UMBERLAND BAY CONSULTING INC., 1183470 AB LTD., 1183464 AB LTD.,1183459 AB LTD., ("Counterclaim Defendants")  and Defendant and Counterclaim Plaintiff Barracuda Networks, Inc. ("Barracuda," "BNI," or "Defendant") (collectively "Parties"), by and through their undersigned counsel, hereby state and stipulate as follows (the "Stipulation"):

WHEREAS, on July 10, 2020, the Parties reached an agreement in principle to resolve this lawsuit and are currently working on drafting a final settlement agreement;

WHEREAS, as part of the settlement, the Parties agreed and jointly request that the Court stay the case, except for BNI's Motion for Sanctions, ECF No. 234, wherein the Parties request the Court issue an order;

WHEREAS, each party to this stipulation has reviewed and understands it and agrees to be bound by it through its counsel; and

WHEREAS, the Parties need additional time to formalize in writing their settlement agreement as well as allow for compliance of certain terms that may take three months or less to complete.

NOW, THEREFORE, the Parties hereby stipulate and agree as set forth below.

1. The case and any pending deadlines, including any outstanding discovery deadlines, shall be stayed in light of the pending settlement, except for BNI's Motion for Sanctions, ECF No. 234 and any related enforcement actions arising from BNI's Motion;

2. Within 30 days from this Court's order granting the relief requested herein, the Parties shall file a notice of settlement or provide the Court with a status update;

3. The Parties shall file a dismissal with the Court within 90 days after the date of execution of the settlement agreement or provide the Court with a further status update.

IT IS STIPULATED AND AGREED, by and between the Parties, by and through their respective undersigned attorneys, as to the above.

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| | | | KAO LLP |
| Dated: July 20, 2020 | | By: | */s/ Andrew Hamill* <br> Chris Kao <br> Andrew Hamill |
| | | | Attorneys for Plaintiff, <br> OPTRICS INC. |
| | | | RIMON, P.C. |
| Dated: July 20, 2020 | | By: | */s/ Karineh Khachatourian* <br> Karineh Khachatourian <br> Nikolaus A. Woloszczuk |
| | | | Attorneys for Defendant, <br> BARRACUDA NETWORKS, INC. |

## ORDER

Pursuant to the Parties' stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: <u>  July 20           </u>, 2020        By: _____
                                                    Hon. Richard Seeborg
                                                    United States District Court Judge