| | |
|---|---|
| KAO, LLP<br>Chris Kao (SBN 227086)<br>ckao@kaollp.com<br>Andrew Hamill (SBN 25116)<br>ahamill@kaollp.com<br>201 Mission Street, Suite 1930<br>San Francisco, California 94105<br>Tel. 415.539.0996<br>Fax. 866.267.0243<br><br>Attorneys for Plaintiff,<br>OPTRICS INC. | RIMON, P.C.<br>Karineh Khachatourian (SBN 202634)<br>karineh.khachatourian@rimonlaw.com<br>Phillip K. Wang (SBN 186712)<br>phillip.wang@rimonlaw.com<br>Nikolaus A. Woloszczuk (SBN 286633)<br>nikolaus.woloszczuk@rimonlaw.com<br>2445 Faber Place, Suite 250<br>Palo Alto, CA  94303<br>Telephone: (650) 461-4433<br>Facsimile: (650) 461-4433<br><br>Attorneys for Defendant,<br>BARRACUDA NETWORKS, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| OPTRICS INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>BARRACUDA NETWORKS, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>        Defendant. | Case No. 17-cv-04977-RS-TSH<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br><br>The Hon. Richard Seeborg |
| BARRACUDA NETWORKS, INC., a Delaware corporation,<br><br>        Counterclaimant,<br><br>   v.<br><br>OPTRICS, INC., 891014 AB LTD., OPTRICS (A PARTNERSHIP), MATRIX CAPITAL CORP., ZINTRICS, INC., STURBY TECHNICAL SERVICES, INC., UMBERLAND BAY CONSULTING INC., 1183470 AB LTD., 1183464 AB LTD., 1183459 AB LTD., and DOES 1 through 10, inclusive,<br><br>        Counterclaim-Defendants. | |

WHEREAS Plaintiff and Counterclaim-Defendant Optrics Inc., ("Optrics"), Defendant and Counterclaim-Plaintiff Barracuda Networks, Inc. ("Barracuda"), and Counterclaim-Defendants 891014 ALBERTA LTD., Optrics (A Partnership), Matrix Capital Corp., Zintrics Inc., Sturby Technical Services Inc., Umberland Bay Consulting Inc., 1183470 ALBERTA LTD., 1183464 ALBERTA LTD., and 1183459 ALBERTA LTD (collectively, the "Parties") have entered into a Settlement Agreement that is a full and final settlement of all of the Parties' claims and counterclaims in the above-captioned action;

Whereas this Court awarded Barracuda $202,035.00 in fees and costs jointly and severally against Optrics and Optrics' Former Counsel, Herbert L. Terreri ("Terreri") and Grace R. Neibaron ("Neibaron") (the "Sanction Award," ECF Nos. 363 and 376);

Whereas Barracuda has reached a separate agreement with Optrics' Former Counsel regarding the Sanctions Award;

Whereas, in order to ensure Optrics' Former Counsel's compliance with the separate agreement, as a condition of dismissal, Barracuda requests that the Court continue to retain jurisdiction over Optrics' Former Counsel;

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, acting through counsel, that the above-captioned action should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Parties further stipulate that the Parties consent to Magistrate Judge Laurel Beeler's retaining jurisdiction to enforce the Parties' settlement of the case.  The Parties also stipulate that each Party shall bear its own attorneys' fees and costs, except as set forth in the Settlement Agreement.  The Parties further stipulate to this Court's continuing retention of jurisdiction over Optrics' Former Counsel for purposes of enforcement of the Sanctions Award.

///

///

///

///

///

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | Respectfully submitted, |
| 2 |   |   | KAO LLP |
| 3 | Dated: August 12, 2021 | By: | /s/ *Andrew Hamill* |
| 4 |   |   | Chris Kao<br>Andrew Hamill |
| 5 |   |   |   |
| 6 |   |   | Attorneys for Plaintiff,<br>OPTRICS INC. |

Dated: August 12, 2021  By: /s/ *Andrew Hamill*
            Chris Kao
            Andrew Hamill

            Attorneys for Plaintiff,
            OPTRICS INC.

            RIMON, P.C.

Dated: August 12, 2021  By: /s/ *Karineh Khachatourian*
            Karineh Khachatourian
            Nikolaus A. Woloszczuk

            Attorneys for Defendant,
            BARRACUDA NETWORKS, INC.

**FILER ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), the filer of this document attests that Andrew G. Hamill has concurred in its filing.

Dated:  August 12, 2021                              RIMON, P.C.

                                                     <u>/s/ Karineh Khachatourian</u>
                                                     Karineh Khachatourian

**ORDER**

The Court having considered the stipulation of the Parties, and good cause appearing therefore, orders as follows:

1. The entire action, including all claims and counterclaims, is dismissed with prejudice.

2. Magistrate Judge Laurel Beeler shall retain jurisdiction over this action to enforce the terms of the Settlement Agreement.

3. Each party shall bear its own costs and attorneys' fees, except as set forth in the Settlement Agreement.

4. This Court shall retain ancillary jurisdiction regarding ECF Nos. 363 and 376 (the "Sanction Award") over Optrics' Former Counsel, Herbert L. Terreri and Grace R. Neibaron, for the purpose of enforcement.

Dated: August 12, 2021

By: _____
Hon. Richard Seeborg
United States District Court Judge